Same memorandum as in *Gay v Gay* ([appeal No. 1] 118 AD3d 1331 [June 13, 2014]). Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ Timothy D. Gay, Appellant, v Maria Gay, Respondent. (Appeal No. 5.) [987 NYS2d 286]—Appeal from a decision of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered December 10, 2012 in a divorce action. The decision advised that the court intended that defendant be the owner of an insurance policy.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Gay v Gay* ([appeal No. 1] 118 AD3d 1331 [June 13, 2014]). Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ In the Matter of David Redmond, Petitioner, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [987 NYS2d 589]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered November 27, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Carni, Lindley and DeJoseph, JJ.